# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2023-1795
LT Case No. 2021-SC-002554
_____

CRYSTAL JOYCE,

　　Appellant,

　　v.

SANDRA BRESLIN,

　　Appellee.

_____

On appeal from the County Court for Hernando County.
Barbara-Jo Bell, Judge.

Crystal Joyce, Spring Hill, pro se.

No Appearance for Appellee.


June 25, 2024


PER CURIAM.

　　AFFIRMED.


MAKAR, JAY, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____